STANLEY L. GIBSON (047882)
JENNIFER T. SANCHEZ (191548)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Plaintiff
JERICO PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICO PRODUCTS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SONOMA MARIN AREA RAIL TRANSIT DISTRICT, a regional transit district <br><br> Defendant. | Case No. C 05 00210 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties to the above-entitled action stipulate, agree, and request that the Further Case Management Conference set for August 26, 2005 at 1:30 p.m. be continued until after the September 8, 2005 settlement conference.

At the time the Further Case Management Conference was set, the parties were referred to a Magistrate Judge for settlement conference to be completed by August 15, 2005. Subsequently, this matter was referred to Magistrate Judge Bernard Zimmerman, and scheduled for a settlement conference on September 8, 2005.

/ / /

/ / /

/ / /

/ / /

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
Case No. C 05 00210 JSW; Our File: 2900.63

The parties prefer to continue the Further Case Management until after the settlement conference. Counsel for SMART is not available on September 23 or 30, 2005. Counsel for both parties are available on October 7, 2005, and therefore request the Further Case Management be continued until October 7, 2005, or another date thereafter convenient to the Court.

Respectfully submitted,

Dated: August 12, 2005

GIBSON ROBB & LINDH LLP

By: S/ JENNIFER TOMLIN SANCHEZ
Jennifer Tomlin Sanchez
Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

Dated: August 12, 2005

CHRISTOPHER J. NEARY

By: S/ CHRISTOPHER J. NEARY
Christopher J. Neary
Attorneys for Defendant
SONOMA MARIN AREA RAIL
TRANSIT DISTRICT

The parties having stipulated, the Further Case Management Conference set for August 26, 2005 at 1:30 p.m. is continued until October 7, 2005. IT IS SO ORDERED

DATED: August 12, 2005

*[signature: Jeffrey S. White]*
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE