| | |
|---|---|
| 1 | STANLEY L. GIBSON (047882) |
| | JENNIFER T. SANCHEZ (191548) |
| 2 | GIBSON ROBB & LINDH LLP |
| | 100 First Street, 27th Floor |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 348-6000 |
| 4 | Facsimile: (415) 348-6001 |
| 5 | Attorneys for Plaintiff |
| | JERICO PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERICO PRODUCTS, INC., a California Corporation, | ) ) ) | Case No. C 05 00210 JSW |
| Plaintiff, | ) ) | **ORDER ALLOWING EQUIPMENT INTO FEDERAL BUILDING** |
| v. | ) ) ) | Date: September 8, 2005 |
| SONOMA MARIN AREA RAIL TRANSIT DISTRICT, a regional transit district | ) ) ) | Time: 9:00 a.m. Courtroom: G |
| Defendant. | ) ) ) | Hon. Magistrate Judge Bernard Zimmerman |

IT IS HEREBY ORDERED that Stanley L. Gibson and Jennifer Tomlin Sanchez of GIBSON ROBB & LINDH LLP, attorneys for plaintiff JERICO PRODUCTS, INC., be allowed to bring their portable DVD player, a Toshiba SD-P2000, and their Dell Inspiron AD 200 laptop computer into the Federal Building located at 450 Golden Gate Avenue, San Francisco, California for use at the Settlement Conference hearing on September 8, 2005 at 9:00 a.m. in front of Magistrate Judge Bernard Zimmerman in Courtroom G.

Dated: September 6, 2005

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED* — Judge Bernard Zimmerman

ORDER ALLOWING EQUIPMENT INTO FEDERAL BUILDING
Case No. C 05 00210 JSW; Our File: 2900.63