|   |   |
|---|---|
| 1 | STANLEY L. GIBSON (047882) |
|   | JENNIFER T. SANCHEZ (191548) |
| 2 | GIBSON ROBB & LINDH LLP |
|   | 100 First Street, 27th Floor |
| 3 | San Francisco, CA 94105 |
|   | Telephone: (415) 348-6000 |
| 4 | Facsimile: (415) 348-6001 |
|   |   |
| 5 | Attorneys for Plaintiff |
|   | JERICO PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JERICO PRODUCTS, INC., a California Corporation, ) | Case No. C 05 00210 JSW |
|---|---|
| Plaintiff, ) | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. ) |   |
| SONOMA MARIN AREA RAIL TRANSIT DISTRICT, a regional transit district ) | Date: March 3, 2006 |
|   | Time: 1:30 p.m. |
|   | Location: Courtroom 2, 17th Floor |
| Defendant. ) |   |

Pursuant to Local Rul 16-14(d), the parties to the above-entitled action certify that they met and conferred prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Joint Case Management Statement and request the Court to adopt it as a Supplemental Case Management Order in this case.

**DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS**

1. **The following progress or changes have occurred since the last case management statement filed by the parties**:

The parties have reached agreement on the key substantive issues for settling their dispute. Both plaintiff Jerico Products, Inc. and interested party North Coast Railroad Authority (NCRA) have approved the provisions of a drafted settlement agreement. Though Sonoma Marin Area Rail Transit District (SMART) generally approves the substantive terms of the

1  settlement agreement, it has proposed some revisions to the written agreement. NCRA's board
2  will need to approve those provisions, as will Jerico's officers. Assuming there are no objections
3  to SMART's proposed revisions, SMART's board will also need to approve the revised
4  agreement. SMART's board does not meet until March 15, 2006. NCRA's board does not meet
5  until March 8, 2006.
6       The parties request an additional 60 days to execute the settlement agreement to allow
7  NCRA and SMART's boards the opportunity to review and approve the terms of the agreement,
8  and for the parties to submit a stipulation and proposed order requesting a stay of this lawsuit.

9                                        Respectfully submitted,

10 Dated: February 27, 2005           GIBSON ROBB & LINDH LLP

11
12                               By: S/ JENNIFER TOMLIN SANCHEZ
                                   Jennifer Tomlin Sanchez
                                   Attorneys for Plaintiff
13                                    SEAGATE TECHNOLOGY LLC

14
Dated: February 27, 2005           CHRISTOPHER J. NEARY
15

16                               By: S/ CHRISTOPHER J. NEARY
                                   Christopher J. Neary
17                                    Attorneys for Defendant
                                   SONOMA MARIN AREA RAIL
18                                    TRANSIT DISTRICT

19
20
21 It is HEREBY ORDERED that the Case Management Conference currently scheduled for March 3, 2006 is CONTINUED to May 5, 2006 at 1:30 p.m.
22
23
24 Dated: March 1, 2006
25
26                           IT IS SO ORDERED
27                           Judge Jeffrey S. White
28