| | |
|---|---|
| 1 | STANLEY L. GIBSON (047882) |
| | JENNIFER T. SANCHEZ (191548) |
| 2 | GIBSON ROBB & LINDH LLP |
| | 100 First Street, 27th Floor |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 348-6000 |
| 4 | Facsimile: (415) 348-6001 |
| 5 | Attorneys for Plaintiff |
| | JERICO PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERICO PRODUCTS, INC., a California Corporation, | ) ) ) | Case No. C 05 00210 JSW |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| SONOMA MARIN AREA RAIL TRANSIT DISTRICT, a regional transit district | ) ) ) | Date: May 12, 2006<br>Time: 1:30 p.m.<br>Location: Courtroom 2, 17th Floor |
| Defendant. | ) ) | |

**STIPULATION**

It is hereby stipulated between the parties, plaintiff Jerico Products, Inc. (JERICO) through its attorneys and defendant Sonoma Marin Area Rail Transit District, SMART (SMART) through its attorneys, that the case management conference currently set for May 12, 2006 at 1:30 p.m. be vacated and a new case management conference be set for July 19, 2006 at 1:30 p.m. in Courtroom 2, 17th floor.

The reason for the stipulation and the continuance sought is that the parties have entered into a settlement, but the documents memorializing the settlement are still being finalized. The parties anticipate that the settlement agreement will be fully executed within the coming weeks.

A Notice of Settlement was filed with the Court on May 8, 2006, along with the copy of the Settlement Agreement. As set forth in the Notice of Settlement, once the Settlement

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. C 05 00210 JSW; Our File: 2900.63

Agreement is executed by all parties, Plaintiff Jerico Products, Inc. will submit a Stipulation and Proposed Order to the Court requesting that the Court stay the action until November 1, 2007 to oversee the settlement. Once the Order staying the action is entered, the need for the case management conference will be obviated.

        Respectfully submitted,

Dated: May 10, 2006        GIBSON ROBB & LINDH LLP

By: S/ JENNIFER TOMLIN SANCHEZ
    Jennifer Tomlin Sanchez
    Attorneys for Plaintiff
    SEAGATE TECHNOLOGY LLC

Dated: May 10, 2006        CHRISTOPHER J. NEARY

By: S/ CHRISTOPHER J. NEARY
    Christopher J. Neary
    Attorneys for Defendant
    SONOMA MARIN AREA RAIL
    TRANSIT DISTRICT

### ORDER ON STIPULATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, the Court having considered the stipulation of the parties to vacate the case management conference currently set for May 12, 2006 at 1:30 and re-set the case management conference for July 19, 2006 at 1:30 p.m. and good cause appearing therefor, hereby orders that the case management conference scheduled for May 12, 2006 at 1:30 be vacated and a new case management conference be set for July 19, 2006 at 1:30 in Courtroom 2, 17th floor.

IT IS SO ORDERED.

Dated: ___May 11___, 2006

        JUDGE OF THE UNITED STATES
        DISTRICT COURT, FOR THE
        NORTHERN DISTRICT OF
        CALIFORNIA