```
 1  STANLEY L. GIBSON (047882)
    JENNIFER T. SANCHEZ (191548)
 2  GIBSON ROBB & LINDH LLP
    100 First Street, 27th Floor
 3  San Francisco, CA 94105
    Telephone: (415) 348-6000
 4  Facsimile: (415) 348-6001

 5  Attorneys for Plaintiff
    JERICO PRODUCTS, INC.
 6

 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICO PRODUCTS, INC., a California Corporation, | Case No. C 05 00210 JSW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| SONOMA MARIN AREA RAIL TRANSIT DISTRICT, a regional transit district | Date:     May 12, 2006<br>Time:    1:30 p.m.<br>Location: Courtroom 2, 17th Floor |
| Defendant. | |

**STIPULATION**

It is hereby stipulated between the parties, plaintiff Jerico Products, Inc. (JERICO) through its attorneys and defendant Sonoma Marin Area Rail Transit District, SMART (SMART) through its attorneys, that the case management conference currently set for May 12, 2006 at 1:30 p.m. be vacated and a new case management conference be set for July 19, 2006 at 1:30 p.m. in Courtroom 2, 17th floor.

The reason for the stipulation and the continuance sought is that the parties have entered into a settlement, but the documents memorializing the settlement are still being finalized. The parties anticipate that the settlement agreement will be fully executed within the coming weeks.

A Notice of Settlement was filed with the Court on May 8, 2006, along with the copy of the Settlement Agreement. As set forth in the Notice of Settlement, once the Settlement

Agreement is executed by all parties, Plaintiff Jerico Products, Inc. will submit a Stipulation and Proposed Order to the Court requesting that the Court stay the action until November 1, 2007 to oversee the settlement. Once the Order staying the action is entered, the need for the case management conference will be obviated.

                                              Respectfully submitted,

Dated: May 10, 2006                          GIBSON ROBB & LINDH LLP

                                          By: S/ JENNIFER TOMLIN SANCHEZ
                                                  Jennifer Tomlin Sanchez
                                                  Attorneys for Plaintiff
                                                  SEAGATE TECHNOLOGY LLC

Dated: May 10, 2006                          CHRISTOPHER J. NEARY

                                          By: S/ CHRISTOPHER J. NEARY
                                                  Christopher J. Neary
                                                  Attorneys for Defendant
                                                  SONOMA MARIN AREA RAIL
                                                  TRANSIT DISTRICT

## ORDER ON STIPULATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, the Court having considered the stipulation of the parties to vacate the case management conference currently set for May 12, 2006 at 1:30 and re-set the case management conference for July 19, 2006 at 1:30 p.m. and good cause appearing therefor, hereby orders that the case management conference scheduled for May 12, 2006 at 1:30 be vacated and a new case management conference be set for July ~~19~~ 21, 2006 at 1:30 in Courtroom 2, 17th floor.

IT IS SO ORDERED.

Dated: ___May ~~11~~ 12___, 2006                              _____
                                                              JUDGE OF THE UNITED STATES
                                                               DISTRICT COURT, FOR THE
                                                                NORTHERN DISTRICT OF
                                                               CALIFORNIA