STANLEY L. GIBSON (047882)
JENNIFER T. SANCHEZ (191548)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Plaintiff
JERICO PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICO PRODUCTS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SONOMA MARIN AREA RAIL TRANSIT DISTRICT, a regional transit district<br><br>    Defendant. | Case No. C 05 00210 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION UNTIL NOVEMBER 1, 2007 CONTINUING CASE MANAGEMENT CONFERENCE** |

## STIPULATION

It is hereby stipulated between the parties, plaintiff Jerico Products, Inc. (JERICO) through its attorneys and defendant Sonoma Marin Area Rail Transit District, SMART (SMART) through its attorneys, that this action be stayed in its entirety until November 1, 2007.

Following a settlement conference last September with Magistrate Judge Bernard Zimmerman, the parties have entered into a settlement agreement. This is an unusual case in that the settlement does not require a monetary payment, but requires the parties to undertake certain actions. The parties' agreed obligations will continue through at least November 1, 2007.

In the interim, JERICO and SMART jointly request that this Court retain jurisdiction until at least November 1, 2007, in the event of a dispute concerning the parties rights and obligations under the settlement agreement. To that end, the parties submit this Stipulation and Proposed Order Staying the Action Until November 1, 2007.

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
Case No. C 05 00210 JSW; Our File: 2900.63

1  Should a dispute arise requiring Court intervention, the parties shall submit a Stipulation
2  and Proposed Order to Lift the Stay of the Action so that the Court can resolve any potential
3  disputes among the parties concerning the replacement of the Black Point Bridge and related
4  matters which may arise during the course of the replacement process.

6  Respectfully submitted,

7  Dated: July 17, 2006  GIBSON ROBB & LINDH LLP

9  By: S/ JENNIFER TOMLIN SANCHEZ
    Jennifer Tomlin Sanchez
    Attorneys for Plaintiff
10   SEAGATE TECHNOLOGY LLC

11  Dated: July 17, 2006  CHRISTOPHER J. NEARY

13  By: S/ CHRISTOPHER J. NEARY
    Christopher J. Neary
14   Attorneys for Defendant
    SONOMA MARIN AREA RAIL
15   TRANSIT DISTRICT

16  **ORDER ON STIPULATION**

18  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, the Court having
DENIES the request to stay the action. The Court
considered the stipulation of the parties ~~to stay the action until November 1, 2007 and good cause~~
19  HEREBY CONTINUES the Case Management Conference until August 4, 2006. The Court notes
~~appearing therefor, hereby orders that this action is stayed in its entirety until November 1, 2007~~
20  that the parties have reached a settlement and wish to have the Court retain jurisdiction over the
~~unless and until a Stipulation and Proposed Order to Lift the Stay is presented to the Court, or~~
21  settlement agreement. Thus, the parties are directed to file a stipulation of settlement and dismissal
~~alternatively a Stipulation and Proposed Order Dismissing the Action is presented to the Court.~~
22  of this matter which provides that the Court will retain jurisdiction over the settlement agreement
~~If no such Stipulation is presented, then the action shall be stayed until November 1, 2007.~~
23  until November 1, 2007. The stipulation shall be filed by no later than August 1, 2006.
  IT IS SO ORDERED.

25  Dated: __July 18,_____, 2006  [signature: Jeffrey S. White]
    JUDGE OF THE UNITED STATES
26   DISTRICT COURT, FOR THE
    NORTHERN DISTRICT OF
27   CALIFORNIA