STANLEY L. GIBSON (047882)
JENNIFER T. SANCHEZ (191548)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Plaintiff
JERICO PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERICO PRODUCTS, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SONOMA MARIN AREA RAIL TRANSIT DISTRICT, a regional transit district<br><br>　　　　　　Defendant. | Case No. C 05 00210 JSW<br><br>**STIPULATION OF SETTLEMENT AND DISMISSAL, AND [PROPOSED] ORDER GRANTING DISMISSAL BUT RETAINING JURISDICTION OVER SETTLEMENT** |

## **STIPULATION**

The parties, plaintiff Jerico Products, Inc. (JERICO) through its attorneys and defendant Sonoma Marin Area Rail Transit District, SMART (SMART) through its attorneys, report that following a settlement conference last September with Magistrate Judge Bernard Zimmerman, the parties have entered into a settlement agreement. This is an unusual case in that the settlement does not require a monetary payment, but requires the parties to undertake certain actions. The parties' agreed obligations will continue through at least November 1, 2007.

///

///

///

///

///

---

STIPULATION OF SETTLEMENT AND DISMISSAL
Case No. C 05 00210 JSW; Our File: 2900.63

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and to the Court's order of July 18, 2006 denying a request for a stay in this action, the parties stipulate to the dismissal of this action without prejudice, and further stipulate to the Court retaining jurisdiction through November 1, 2007.

Respectfully submitted,

Dated: July 25, 2006

GIBSON ROBB & LINDH LLP

By: S/ JENNIFER TOMLIN SANCHEZ
Jennifer Tomlin Sanchez
Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

Dated: July 25, 2006

CHRISTOPHER J. NEARY

By: S/ CHRISTOPHER J. NEARY
Christopher J. Neary
Attorneys for Defendant
SONOMA MARIN AREA RAIL
TRANSIT DISTRICT

## ORDER ON STIPULATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, the Court having considered the stipulation of the parties to dismiss this action without prejudice and for the Court to retain jurisdiction over the settlement through November 1, 2007, and good cause appearing therefor, hereby orders that this action is dismissed without prejudice, and that this Court retains jurisdiction over the terms of the parties' settlement until November 1, 2007.

IT IS SO ORDERED.

Dated: ___July 26___, 2006

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT, FOR THE
NORTHERN DISTRICT OF
CALIFORNIA